# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| SERGIO RITO MANDUJANO on behalf of himself and all other Plaintiffs similarly situated, known and unknown,<br><br>Plaintiff,<br><br>v.<br><br>SEAFOOD HEAVEN, INC., an Illinois corporation, d/b/a FISHERMAN'S ISLAND and MAHMOD ABUGHOUSH, an individual,<br><br>Defendants. | Case No. 17-cv-03294<br><br>Honorable John Robert Blakey, Judge Presiding<br><br><br><br>Magistrate Judge Susan E. Cox |

## **STIPULATION FOR DISMISSAL**

THIS MATTER COMING ON TO BE HEARD UPON STIPULATION FOR DISMISSAL, the Court being advised in the premises that the parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction;

IT IS HEREBY ORDERED THAT:

1. This case is dismissed, without prejudice, and all parties shall bear their own attorney's fees and costs.

2. Any party may file a motion to enforce the parties' settlement agreement or a motion for additional time to file a motion to enforce the settlement agreement on or before December 28, 2017.

3. In the event that no motion listed in paragraph 2 is filed on or before December 28, 2017, the case shall be dismissed with prejudice on the next business day and without further order of the Court. All parties to bear their own attorneys' fees and costs,

/s/ Timothy M. Nolan
_____
One of the attorneys for the Plaintiff

/s/ Theresa Bresnahan-Coleman
_____
One of the Attorneys for the Defendants

Dated:……………………………., 2017

ENTER_____